CRIMINAL COMPLAINT
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>**Jesus Alfredo ROMO**<br>DOB: 1977; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-02086MJ (BGM) |

Complaint for violation of Title 18, United States Code, §§ 922(g)(1), 924(a)(8), 924(c)(1)(A)(i) and 21 United States Code, §§ Sections 841(a)(1) and 841(b)(1)(C).

COUNT ONE:   On or about October 6, 2023, at or near Tucson, in the District of Arizona, **Jesus Alfredo ROMO** knowingly having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Smith & Wesson 9mm Shield firearm; said firearm being in and affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT TWO:   On or about October 6, 2023, at or near Tucson, in the District of Arizona, **Jesus Alfredo ROMO** did knowingly and intentionally possess with intent to distribute a quantity of methamphetamine, or a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT THREE:   On or about October 6, 2023, at or near Tucson, in the District of Arizona, **Jesus Alfredo ROMO** did knowingly carry and possess a firearm, that is, a Smith & Wesson 9mm Shield firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Methamphetamine, as charged in Count 2 of this complaint; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On October 6, 2023, the Tucson Police Department (TPD) Operations Division East Community Response Team (CRT) was conducting surveillance at a particular residential area in Tucson, Arizona. During the surveillance operation, officers observed a male, later identified as **Jesus Alfredo ROMO** in the driveway of a residence on East 32nd Street. **ROMO** was observed associating with a silver 2008 Lincoln MKZ bearing Arizona license plate #DSA29L. **ROMO** was seen moving items around within the vehicle's passenger compartment and trunk. Officers saw **ROMO** get into the vehicle and leave the property. Mobile surveillance was conducted and a traffic stop was conducted. A uniformed CRT officer driving a marked patrol vehicle initiated the traffic stop using emergency lights and audible siren. **ROMO** pulled over and had contact with the uniformed CRT officer. During the traffic stop, the officer directed **ROMO** to exit the vehicle, however **ROMO** started the vehicle and drove away at a high rate of speed. While attempting to flee in the vehicle, **ROMO** lost control and crashed into a residential property approximately five hundred feet from the initial traffic stop. **ROMO** fled from the vehicle on foot but was detained a short distance from the vehicle.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br><br><br>AUTHORIZED BY AUSA *Raquel Arellano* | SIGNATURE OF COMPLAINANT<br>Edward Harper  Digitally signed by Edward Harper<br>Date: 2023.10.13 13:35:29 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>TPD TFO Detective Edward Harper |

**Sworn by telephone  _x_**

| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>October 13, 2023 |
|---|---|

[1)]     See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

While officers inspected the collision site and vehicle, they observed a black handgun lying on the driver's floorboard in plain view through the window. The firearm was determined to be a Smith & Wesson 9mm Shield containing seven (8) rounds of ammunition. A subsequent search of a backpack found inside the vehicle revealed what appeared to be five (5) bulk packages of approximately 60,000 fentanyl tablets weighing 13.3 lbs. Also found inside the backpack were two (2) baggies containing 2.581 grams and 0.814 grams of methamphetamine, which field-tested positive. A white bag containing banded U.S. currency totaling $82.00 was found in the backpack. Officers also found two (2) digital scales. **ROMO** had approximately $1,294.00 in cash on his person.

A Records check revealed that on April 4, 2019, **ROMO** was convicted of Possession of Dangerous Drugs for Sale, a felony punishable by a term of imprisonment for a term exceeding one year, in Pima County Superior Court, Arizona, Case No. CR20184679-001.

In a post-*Miranda* interview, **ROMO** confirmed that he had previously been convicted of a felony and served prison time. He informed the officers that he was likely in possession of methamphetamine. However, he did not have methamphetamine on his person. **ROMO** was questioned regarding the items located in the vehicle. He initially claimed a random male installing his stereo must have left the items in his vehicle. He later admitted that he has been transporting bulk fentanyl and that he was waiting at the residence for instruction on where to deliver the backpack. He said the backpack contained five kilograms of fentanyl tablets. **ROMO** admitted he obtained the handgun a couple weeks prior for protection while transporting the narcotics.

An ATF interstate nexus expert performed a preliminary interstate nexus determination and determined the Smith & Wesson 9mm Shield firearm found in the vehicle was not manufactured in the state of Arizona, and thus traveled in interstate and/or foreign commerce